UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE MIGUEL et al.,
                      Plaintiffs,

          -v-

Y AND P MADISON INC. et al.,
                      Defendants.

19-CV-5739 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      A post-discovery status conference was held in this case on March 5, 2020. Plaintiffs stated on the record that they agreed to the dismissal without prejudice of all claims against one of the individual defendants, Michael Price, who is proceeding *pro se*. Mr. Price indicated that he wanted an opportunity to argue that the dismissal should be with prejudice. As the Court ruled during the conference, Mr. Price shall, on or before April 10, 2020, submit to the Court any letter or memorandum, with relevant authorities, arguing for dismissal with prejudice, as opposed to without prejudice. Any other party may respond within fourteen days of receipt of Mr. Price's submission.

      The Court will formally dismiss this action as to Mr. Price, but only after determining whether the dismissal will be with or without prejudice. Because he will be dismissed from this action, the settlement conference before Magistrate Judge Moses should include all parties other than Mr. Price.

SO ORDERED.

Dated: March 5, 2020
      New York, New York

                                        J. PAUL OETKEN
                                     United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*