UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE MIGUEL, et al.,

                      Plaintiffs,

        -v-

Y AND P MADISON INC., et al.,

                      Defendants.

19-CV-5739 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    By order dated March 6, 2020 (Dkt. No. 49), Defendant Michael Price was given an opportunity to submit a written argument as to why Plaintiffs' voluntary dismissal of this action as to him should be with prejudice. He has failed to file any such argument within the allotted time. Accordingly, Plaintiffs' claims against Defendant Michael Price are hereby dismissed without prejudice.

    SO ORDERED.

Dated: August 4, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*