UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOR

---------------------------------------------------------------- X
JORGE MIGUEL, HECTOR NERI, VALERIANO
SOSA GONZALEZ, VICTORIANO GONZALEZ, and
RICARDO AGUILAR,

                        Plaintiffs,                   19 Civ. 05739 (JPO)

             -against-

Y AND P MADISON INC. d/b/a YURA ON
MADISON, 1350 MADISON AVENUE LLC d/b/a                   JUDGMENT
YURA ON MADISON, 50 EAST END AVENUE LLC
d/b/a YURA'S ON EAST END, 2248 1ST AVENUE
LLC d/b/a YURA'S BLUE PLATE, YURA MOHR, and
2252 1ST AVENUE LLC,

                       Defendants.
---------------------------------------------------------------- X

     **WHEREAS**, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on April 5, 2024; it is

     **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs Jose Miguel, Hector Neri, Valeriano Sosa Gonzalez, Victoriano Gonzalez, and Ricardo Aguilar and against Defendants Y and P Madison Inc. d/b/a Yura on Madison, 1350 Madison Avenue LLC d/b/a Yura on Madison, 50 East End Avenue LLC d/b/a Yura's on East End, 2248 1st Avenue LLC d/b/a Yura's Blue Plate, 2252 1st Avenue LLC, and Yura Mohr, jointly and severally, in the amount of $100,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
         April 8, 2024

                                                             So Ordered:

Upon entry of judgment, the Clerk of Court
is directed to close this case.

SO ORDERED: 4/8/2024

                                                            _____
                                                                J. PAUL OETKEN
                                                       United States District Judge